IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY BLACK, GREG,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: November 16, 2005

BY THE COURT:


 s/ Edward W. Nottingham

UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-01028-EWN-BNB

Robert Wayne Robinson
Prisoner No. 49082
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: Capt. Younger, Lt. Harvey,
Sgt. Terranova, Deputy Black, Sgt. McCoy,
Deputy Griggs, and Deputy Schoenes,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for process of service on Capt. Younger, Lt. Harvey, Sgt. Terranova, Deputy Black, Sgt. McCoy, Deputy Griggs, and Deputy Schoenes: AMENDED COMPLAINT, FILED 10/4/05, ORDER FILED 11/10/05, SUMMONS, AND CONSENT FORM on _11/23/05_.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk