IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY BLACK, GREG,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff** [sic] **Motion for Discovery** (the "Motion"), filed January 3, 2005. The plaintiff seeks a discovery hearing pursuant to the Federal Rules of Criminal Procedure and the local criminal rules of this Court. This is a civil case, however, and the criminal rules of procedure do not apply. Moreover, the defendants have not yet responded to the Complaint. Therefore, the plaintiff's request is premature.

IT IS ORDERED that the Motion is DENIED.

Dated January 9, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge