IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY BLACK, GREG,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

**Discovery Cut-Off:**           **December 15, 2006**

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**   **January 19, 2007**

**Expert Disclosures:**   The parties do not intend to use expert witnesses.

**Preliminary Pretrial Conference:**   A preliminary pretrial conference will be held in this case on **October 17, 2006, at 8:30 a.m.**. A proposed preliminary pretrial order shall be prepared by the parties and submitted to the court no later than **October 10, 2006**.

Dated June 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge