IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY BLACK, GREG,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Issue Subpoena** [Doc. #58, filed 8/28/06] (the "Motion"). The plaintiff requests that the court issue a subpoena because "a good faith effort failed to reach an agreement on the following request for production of documents . . . ." *Motion*, p. 1. I construe the Motion as a motion to compel discovery.

The request for production is not attached to the Motion, and the plaintiff does not set forth verbatim his requests and the defendants' responses to those requests. Local rule of practice 37.1, D.C.COLO.LCivR, specifies the form of discovery motions as follows:

> A motion under Fed. R. Civ. P. 26 or 37 directed to interrogatories
> or requests under Fed. R. Civ. P. 33 or 34 or to responses thereto
> shall set forth verbatim the interrogatory, request, and response to
> which the motion is directed.

This is an important requirement. I cannot rule on a motion to compel in an informed manner unless I know precisely what was asked for in the disputed discovery and precisely what was the response to the request.

IT IS ORDERED that the Motion is DENIED for failure to comply with the requirements of D.C.COLO.LCivR 37.1.

Dated September 6, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge