IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY BLACK, GREG,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Issue Subpoena** [Doc. #61, filed

9/15/06] (the "Motion").  The plaintiff requests that the court issue a subpoena because "a good

faith effort failed to reach an agreement on the following request for production of documents . . .

." *Motion*, p. 2.  I construe the Motion as a motion to compel discovery.

The plaintiff requests that the defendants be ordered to produce portions of the transcript

from the plaintiff's criminal trial which contain the testimony of Douglas County Deputies Attila

Denes and Anthony Jenkins, as well as the closing argument of Assistant District Attorney Kevin

Ellman.  He claims that the defendants objected to production of the documents on the basis that

they are not within their custody and control.

Without addressing the defendants' objections, I deny the Motion because the plaintiff has

made no showing that the requested documents are relevant to his case.  He makes only the

following conclusory statements:

> Plaintiff request[s] specific trial record documents to offer [proof
> of] evidence of prior similar transactions.  The production of
> similars [sic] levels the playing field by placing all events, behaviors
> and testimony of witnesses into a proper context.  Furthermore it
> will allow the trier of fact to make informed decisions regarding
> credibility, intent and modus operandi.

*Motion*, pp. 1-2.

IT IS ORDERED that the Motion is DENIED.

Dated October 4, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2