IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY BLACK, GREG,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to Take Deposition of Person Confined in Prison** [docket no. 75, filed November 28, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. A copy of this order is addressed to the following:

CASE MANAGER FOR
ROBERT WAYNE ROBINSON #49082
ARKANSAS VALLEY CORRECTIONAL FACILITY
P. O. BOX 1000
CROWLEY, CO 81034

DATED:  November 28, 2006