IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY GREG BLACK,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Issue Subpoena** [Doc. #73, filed 11/27/06] (the "Motion"). The plaintiff requests that the Court issue subpoenas to sixteen individuals commanding their appearances at depositions and trial. The Motion is DENIED.

Although the plaintiff is proceeding *in forma pauperis*, he is not automatically entitled to the issuance of a subpoena. Burgess v. Andrews, 657 F.Supp. 1153, 1157 (W.D. N.C. 1987). The Court will serve a subpoena on a plaintiff's proposed witness only if satisfied that the plaintiff's request is reasonable. Id.

The trial has not yet been set. Consequently, the plaintiff's request for trial subpoenas is premature.

With regard to the request for deposition subpoenas, the plaintiff has failed to demonstrate that he is unable to obtain relevant and necessary information through written discovery. In addition, he has provided only the names and addresses of the sixteen witnesses, but he has not indicated the nature of the testimony he expects to elicit nor has he explained why the testimony sought is relevant or reasonably calculated to lead to the discovery of admissible evidence. Fed.R.Civ.P. 29(b)(1). In addition, I am concerned about the plaintiff's ability to meet the logistical and financial requirements for taking depositions, which he also has not addresses.

IT IS ORDERED that the Motion is DENIED.

Dated January 26, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge