IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 05-cv-01028-EWN-BNB    Date: March 14, 2007
Courtroom Deputy: Geneva D. Mattei    FTR BNB COURTROOM A401

---

ROBERT WAYNE ROBINSON,    Pro Se

    Plaintiff,

v.

CAPTAIN YOUNGER,    Sean Kelly Dunnaway
LT. HARVEY,
SGT. TERRANOVA,
GREG BLACK,
Deputy
DEPUTY SCHOENES,
ROBERT GRIGGS,
Deputy and
B. MCCOY,
Sgt.

    Defendants.

---

### COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:    3:05 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion for protective order(12/5/07 #79) is granted for reasons stated on the record.

**ORDERED:** Plaintiff's motion for leave to take depositions upon written questions(1/19/07 #82) is denied for reasons stated on the record.

| | | |
|---|---|---|
| Court in Recess | 3:28 p.m. | Hearing concluded. |
| Total time in court: | 00:23 | |