IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY GREG BLACK,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)   Defendants' **Motion for Protective Order** [Doc. # 79, filed 12/5/2006]; and

(2)   Plaintiff's **Motion for Leave to Take Depositions Upon Written Questions** [Doc. # 82, filed 12/13/2006].

I held a hearing on these motions and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order is GRANTED. The documents shall maintain their status as confidential, but they shall be made available to the plaintiff for inspection upon reasonable terms. In addition, the documents shall be made available to the

plaintiff for use at trial, if necessary, subject to any order concerning confidential information that the district judge may impose on trial exhibits.

IT IS FURTHER ORDERED that the Motion for Leave to Take Depositions Upon Written Questions is DENIED.

IT IS FURTHER ORDERED that defense counsel shall consult with his client to determine whether any additional documents exist responsive to Production Request No. 10, and shall produce the additional documents (if any) within ten days.

Dated March 14, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge