IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01028-EWN-BNB

ROBERT WAYNE ROBINSON,

Plaintiff,

v.

CAPTAIN YOUNGER,
LT. HARVEY,
SGT. TERRANOVA,
DEPUTY GREG BLACK,
SGT. B. MCCOY,
DEPUTY ROBERT GRIGGS, and
DEPUTY SCHOENES,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File an Amended Complaint** [Doc. #94, filed 2/28/07] (the "Motion"). The plaintiff requests leave to amend his Complaint to correct the spelling of defendant Deputy Schoenes' last name.

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to change the last name of the defendant from Schoenes to Schnoes.

Dated July 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge